**Darnell Otis McGARY, Plaintiff–Appellant,**

v.

**Kelly CUNNINGHAM, Superintendent; et al., Defendants–Appellees.**

**No. 13–35882.**

United States Court of Appeals, Ninth Circuit.

---

**618**

Submitted Feb. 19, 2014.*

Filed Feb. 28, 2014.

Darnell Otis McGary, Steilacoom, WA, pro se.

Gregory Kennedy Ziser, Assistant Attorney General, Craig Mingay, Nicholas A. Williamson, Agwa–Office of the Washington Attorney General, Olympia, WA, Alicia M. Burton, Deputy Prosecuting, Tacoma, WA, for Defendants–Appellees.

Before: LEAVY, TASHIMA and GRABER, Circuit Judges.

## MEMORANDUM **

Darnell Otis McGary appeals pro se the district court's denial of his request for preliminary injunctive relief against defendant prison officials. We have jurisdiction under 28 U.S.C. § 1292(a)(1), and we affirm.

Our sole inquiry is whether the district court abused its discretion in denying preliminary injunctive relief, and we conclude the district court did not abuse its discretion. *Winter v. Natural Res. Def. Council Inc.*, 555 U.S. 7, 24, 129 S.Ct. 365, 172 L.Ed.2d 249 (2008) (listing factors for district court to consider); *Sports Form, Inc. v. United Press Int'l*, 686 F.2d 750, 752–53

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

(9th Cir.1982) (explaining limited scope of review).[1]

**AFFIRMED.**

---

1. Appellees' request to stay this appeal pending the outcome of McGary's criminal charges is denied.